## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHIE F. LEVINE** | : | |
| 548 US Highway 15 | : | |
| South Williamsport, PA 17702-7024**,** | : | **CIVIL CASE NO. 4:07-cv-1966** |
| | : | |
| **Plaintiff(s)** | : | |
| | : | |
| vs. | : | |
| | : | |
| **KELLY SERVICES, INC.** | : | |
| 460 Market Street | : | |
| Suite 116 | : | |
| Wilkes Barre, PA 17701-6321 | : | |
| | : | |
| | : | |
| **VERIFICATIONS, INC.** | : | |
| 1425 Mickelson Drive | : | |
| Watertown, SD 57201-5305**,** | : | |
| | : | |
| **Defendant(s)** | : | |

## ORDER

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED and DECREED that Defendant Verifications, Inc.'s Motion to Dismiss pursuant to Rule 12 (b)(6) is hereby GRANTED, and Plaintiff Richie Levine's Complaint is hereby DISMISSED.

_____
J.