# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHIE F. LEVINE**<br>548 US Highway 15<br>South Williamsport, PA 17702-7024,<br><br>**Plaintiff(s)**<br><br>vs.<br><br>**KELLY SERVICES, INC.**<br>460 Market Street<br>Suite 116<br>Wilkes Barre, PA 17701-6321<br><br>**VERIFICATIONS, INC.**<br>1425 Mickelson Drive<br>Watertown, SD 57201-5305,<br><br>**Defendant(s)** | **CIVIL CASE NO. 4:07-cv-1966** |

## DEFENDANT VERIFICATIONS, INC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendant, Verifications, Inc., by and through its undersigned counsel, hereby files its Motion to Dismiss brought pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and request, for the reasons set forth in the accompanying memorandum of law, that this Court enter an order dismissing Plaintiff Richie Levine's Complaint against Verifications, Inc. due to Plaintiff's failure to state a cause of action for which relief can be granted.

Dated: February 15, 2008    BY: _____NWB3521_____
**Norman W. Briggs, Esquire**
300 Walnut Street, Suite 2
Philadelphia, PA 19106
(215) 925-4632
Attorney for Defendant, Verifications, Inc.
e-mail: nbriggs@thebriggslaw.com